until the motion for an injunction was disposed of, and contends here that the court erred in denying his motion. The grounds of relief alleged in the bill were equitable and cognizable only in a court of chancery. An action in forcible detainer is an action at law and an equitable defense cannot be set up in such action. A court of law will not postpone the trial of a cause to await the decision of a court of chancery on a motion for an injunction to restrain the prosecution of the action. If defendant has an equitable defense, he must obtain an injunction from the court of chancery to restrain the prosecution of the action; but the mere filing of a bill does not entitle such a defendant to a continuance of the common-law action.

The other grounds of defense urged are without merit. The court properly gave judgment for the plaintiff and the judgment is affirmed.

*Affirmed.*

---

## Clarence D. Moon et al., Appellees, v. Kinzer Construction Company, Appellant.

### Gen. No. 20,974.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the October term, 1914. Reversed with finding of fact. Opinion filed November 15, 1915. Rehearing denied November 29, 1915.

### Statement of the Case.

Action by Clarence D. Moon and others, plaintiffs, against the Kinzer Construction Company, a corporation, defendant, in the Superior Court of Cook county, to recover on an alleged verbal contract to pay for hauling material. From a judgment for plaintiffs for $7,646.87, defendant appeals.

JOHN A. BLOOMINGSTON, for appellant.

BUELL & ABBEY and FRED W. BENTLEY, for appellees.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 89*—*when evidence insufficient to show contract.* In an action to recover on an alleged verbal contract to pay for hauling material, evidence examined and *held* insufficient to prove the contract alleged.

---

## T. W. Schulze, trading as T. W. Schulze & Company, Defendant in Error, v. J. S. Parrish, Plaintiff in Error.

### Gen. No. 21,052.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the March term, 1915. Reversed and remanded. Opinion filed November 15, 1915.

### Statement of the Case.

Action by T. W. Schulze, trading as T. W. Schulze & Company, plaintiff, against J. S. Parrish, defendant, in the Municipal Court of Chicago, to recover broker's commissions for negotiating an exchange of real estate of defendant for other real estate owned by a third person. To reverse a judgment for plaintiff for $92.50, defendant prosecutes this writ of error.

MARTIN L. WILBORN, for plaintiff in error; JOHN W. SUTTON, of counsel.

No appearance for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.